68  827
111  890

## DAY vs. THE STATE OF GEORGIA.

The venue, like other facts, must be proved in a criminal case. Where there is no proof of venue, the verdict is contrary to law.

(a.) Ought not the failure to prove the venue to be made a distinct ground of the motion for new trial, instead of being included in the general ground that the verdict is contrary to law and evidence? Quære.

CRAWFORD, Justice.

---

## STANFORD vs. TREADWELL et al.

1. Where a case pending in court was, by agreement, referred to arbitrators, an award rendered, exceptions of law and fact filed, and the award set aside on an exception of law, as being void for uncertainty, the case still remains pending, and the judgment is not final so as to be the subject of direct exception.

2. Had the exceptions of law been overruled, the exceptions of fact would have remained, and in such case the judgment would not have been final.

(a.) Permission is granted to file exceptions pendente lite.  64 Ga., 740.

JACKSON, Chief Justice.

---

## WILSON vs. THE STATE OF GEORGIA.

1. A plea of autre fois convict should set forth the former record, including the indictment, so that it may be made to appear that the former conviction was for the same offence for which the defendant is now on trial. A mere general allegation that a former conviction has taken place is not sufficient, and such a plea will be stricken. 47 Ga., 568.

2. When a jury is recalled for a charge on a special point, it is not necessary to repeat the entire charge as to points fully covered in the instructions already given.

SPEER, Justice.